IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE CONSERVATORSHIP OF
VERLA N. JONES,

No. CIV S-05-1119 MCE GGH PS

ORDER

      This action has been referred to the undersigned pursuant to Local Rule 72-302(c)(21).  Annamarie Jones is the daughter of petitioner Verla Jones, and is proceeding in this action pro se with a petition for writ of habeas corpus as a next friend.  She has paid the $5.00 filing fee.  Annamarie Jones seeks to have her mother released from a nursing home.

      Petitioner has not named the proper respondent.  "A petitioner for habeas corpus relief must name the state officer having custody of him or her [or the next friend] as the respondent to the petition.  In this case, the proper respondent may be the director of the nursing home facility where petitioner's mother resides.  Failure to name the petitioner's custodian as a respondent deprives federal courts of personal jurisdiction.  Id.; Dunne v. Henman, 875 F.2d 244, 249 (9th Cir.1989).  In the instant action, petitioner has not named a respondent.  Petitioner will be permitted to name the proper respondent on amendment of the petition.  Failure to do so will result in the dismissal of the petition with leave to amend.  See Stanley, 21 F.3d at 360.

      Accordingly, IT IS ORDERED that the petition for writ of habeas corpus is dismissed, with leave to file an amended petition within thirty days of this order.  Petitioner IS

1

1  ADVISED THAT ANY FUTURE FILINGS SHOULD REFER TO THE CIVIL CASE
2  NUMBER STAMPED ON PAGE ONE OF THIS ORDER.
3  DATED: 6/30/05

                                      /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH/076
Jones1119.fr.wpd