IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE CONSERVATORSHIP OF         2:05-cv-1119-MCE-GGH-PS
VERLA N. JONES

                                              ORDER

_____/

    On October 26, 2005, the magistrate judge filed Findings and Recommendations herein which were served on the parties and which contained notice that any Objections to the Findings and Recommendations were to be filed within ten (10) days.  No objections were filed.

    Accordingly, the Court presumes any findings of fact are correct.  See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

///

///

1

1      The Court has reviewed the applicable legal standards and,
2 good cause appearing, concludes that it is appropriate to adopt
3 the Proposed Findings and Recommendations in full.
4      Accordingly, IT IS ORDERED that:
5      1.   The Proposed Findings and Recommendations filed October
6 26, 2005, are ADOPTED; and
7      2.   This action is dismissed without prejudice.
8 DATED: December 28, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2